**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (313) 293-7071

*Counsel for Plaintiff*

**McGUIREWOODS LLP**
A Brooks Gresham (155954)
*bgresham@mcguirewoods.com*
Laura Coombe (260663)
*lcoombe@mcguirewoods.com*
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

ANGELA M. SPIVEY (*pro hac vice*)
McGuireWoods, LLP
1230 Peachtree Street, NE
Promenade, Suite 2100
Atlanta, GA 30309-3534
Telephone: (404) 443-5720
Facsimile: (404) 443-5792

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WALKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC.<br><br>Defendant. | Case No: 4:15-cv-02424-JSW<br>Pleading Type: Class Action<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, Plaintiff's lead counsel has a trial this month: (*Amirhour v. Chicago Title Company*, No. 37-2008-96622-CU-FR-CTL, San Diego Sup. Ct.)

WHEREAS, the hearing on the Defendant's Motion to Dismiss is scheduled for September 4, 2015.

WHEREAS, the Initial Case Management Conference is scheduled for September 4, 2015.

NOW, THEREFORE, in consideration of the above, the parties hereby stipulate to the following schedule and request the court approve this stipulation:

1. Defendant's Reply in Support of its Motion to Dismiss is continued from August 13, 2015 to August 20, 2015.
2. Hearing on Defendant's Motion to Dismiss is continued to October 9, 2015 at 9:00 a.m.
3. Initial Case Management Conference is continued to October 9, 2015 at 11:00 a.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 10, 2015              By: /s/ Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
DAVID ELLIOT
1405 Morena Blvd, Suite 102
San Diego, CA 92110
Telephone:    (619) 798-2006
Facsimile:      (313) 293-7071

*Counsel for Plaintiff*

| | |
|---|---|
| 1 | By: /s/ Laura Coombe |
| 2 | **McGUIREWOODS LLP** |
| 3 | A Brooks Gresham (155954) |
|   | *bgresham@mcguirewoods.com* |
| 4 | Laura Coombe (260663) |
|   | *lcoombe@mcguirewoods.com* |
| 5 | 1800 Century Park East, 8th Floor |
|   | Los Angeles, CA 90067-1501 |
| 6 | Telephone: (310) 315-8200 |
|   | Facsimile: (310) 315-8210 |

ANGELA M. SPIVEY (*pro hac vice*)
McGuireWoods, LLP
1230 Peachtree Street, NE
Promenade, Suite 2100
Atlanta, GA 30309-3534
Telephone: (404) 443-5720
Facsimile" (404) 443-5792

*Counsel for Defendant*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: August 11, 2015 _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

*Walker v. ConAgra Foods, Inc.*, Case No. 4:15-cv-02424-JSW
JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER