IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WALKER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CONAGRA FOODS, INC.,<br><br>    Defendant.<br>_____/ | No. C 15-02424 JSW<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss Plaintiff's class action complaint (Docket No. 12), which has been set for hearing on Friday, October 9, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the October 9, 2015 hearing. The motion to dismiss will be taken under submission and decided on the papers.

The Court also VACATES the initial case management conference set for Friday, October 9, 2015 at 11:00 a.m. The case management conference, if necessary, shall be reset by further order.

**IT IS SO ORDERED.**

Dated: September 2, 2015

                                                JEFFREY S. WHITE<br>
                                                UNITED STATES DISTRICT JUDGE