UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WALKER,<br><br>      Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>      Defendant. | Case No. 15-cv-02424-JSW<br><br>**ORDER TO SHOW CAUSE RE OVERLENGTH MOTION TO DISMISS**<br><br>Re: Dkt. No. 47 |

The Court has received the motion to dismiss filed by Defendant ConAgra Foods on June 2, 2016. The memorandum of law in support of the motion is nineteen pages in length, not including the one-page summary of the argument. Defendant is reminded that the Civil Standing Orders of the undersigned provide that "[a]ll briefs, whether in support of, in opposition to, or in reply to any motion, with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen pages in length. . . ."

No later than Monday, June 6, 2016, Defendant must file either (a) an amended memorandum of law that complies with this Court's rules and standing orders; or (b) an administrative motion or a stipulation and proposed order requesting leave to file the overlength brief, with a showing of good cause, that complies with the Civil Local Rules.

Failure to comply with this order shall result in the Court striking the overlength brief.

**IT IS SO ORDERED.**

Dated: June 2, 2016

JEFFREY S. WHITE
United States District Judge