UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>    Defendant. | Case No. 15-cv-02424-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's orders granting Defendant's motions to dismiss, it is hereby ordered that judgment is entered in favor of Defendant ConAgra Foods, Inc. and against Plaintiff Troy Walker.

**IT IS SO ORDERED.**

Dated: March 31, 2017

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge